UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Kent VanDerSchuit<br>Attorney at Law, Bar No. 6854 | Case No. 2:23-ms-00074-MMD<br><br>ORDER OF SUSPENSION |

On October 31, 2023, this Court entered an Order to Show Cause (ECF No. 1 ("OSC")), mailed via certified mail. The OSC provided Mr. VanDerSchuit with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. However, the OSC was returned from the United States Postal Service marked "Return to Sender – Not Deliverable as Addressed – Unable to Forward". Regardless, the OSC provided Mr. VanDerSchuit with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Kent VanDerSchuit. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Kent VanDerSchuit, Bar No. 6854, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 18th Day of December 2023.

								  _____
								  MIRANDA M. DU
								  CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 18th Day of December 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

>Kent VanDerSchuit
>P.O. Box 338, Suite 416
>Sandpoint, ID 83864

Certified Mail No.: 9 7199 9991 7038 8827 2148

>/s/ Sharon H.
>Deputy Clerk
>United States District Court,
>District of Nevada